IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEO McNEIL** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-4192** |
| **v.** | : | |
| | : | |
| **MARIOSA LAMAS,** *et al.* | : | |
| *Defendants* | : | |

# O R D E R

AND NOW, this 25th day of August 2014, upon careful and independent consideration of the petition for writ of *habeas corpus*, [ECF 1], and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, [ECF 17], it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for writ of *habeas corpus* is **DISMISSED WITHOUT PREJUDICE**.

3. There is no basis for the issuance of a certificate of appealability.

Further, any outstanding motions in this matter are **DENIED** as **MOOT**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.